# Exhibit 3

IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA

| | |
|---|---|
| MARINA STEWART-MAGEE, as Administrator and Personal Representative of the ESTATE OF ALBINA AGDASOVNA SHARIFULLINA, deceased,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL B. SNYDER, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>CV-2016-900001 |

## AFFIDAVIT OF JOHN M. WILLIAMS

STATE OF ALABAMA )
)
COUNTY OF JEFFERSON )

Before me, the undersigned notary public in and for said county and state, personally appeared John M. Williams, and after first being duly sworn, testified as follows:

1. My name is John M. Williams. I am over the age of nineteen (19) years, I have personal knowledge of the facts contained in this affidavit, and I am competent to testify to the matters contained herein.

2. I am a senior trooper for the Marine Patrol Division of the Alabama Law Enforcement Agency ("ALEA") and have served in this capacity since January 1, 2015.

3. I graduated from the Northeast Alabama Law Enforcement Academy at Jacksonville State University in 2008. After graduating from the academy, I attended and completed Marine Patrol School in Orange Beach, Alabama.

4. I served as a marine police officer for the Alabama Marine Patrol from 2008 until 2015, when I became a senior trooper for the ALEA's Marine Patrol Division.

Page 1 of 6

Case 21-00046-DSC   Doc 1-3   Filed 11/10/21   Entered 11/10/21 17:23:18   Desc
Exhibit 3 - Affidavit of Trooper John M. Williams   Page 2 of 14

5. I am trained and experienced in the investigation and reconstruction of boating and personal watercraft ("PWC") collisions. I received specialized training in Marine Patrol School in boating operation, boating safety, Alabama boating laws/regulations, and boating accident investigation and reconstruction. I also completed a training course in "Comprehensive Boating Accident Investigation" offered by the National Association of State Boating Law Administrators.

6. I have investigated numerous boating accidents and watercraft collisions over my eleven (11) years of experience in marine law enforcement, several of which involved one or more fatalities. As a law enforcement officer with specialized training in the field of boating accident investigation and reconstruction, I have knowledge of the type of injuries, bruising and/or markings consistent with and sustained to the bodies of individuals who are involved in a PWC collision and more specifically, who are seated in the front/driver's seat of a PWC at the time of impact.

7. I was the chief investigating officer for the SeaDoo PWC collision involving the death of Albina Agdasovna Sharifullina. The collision occurred on Sunday, July 6, 2014 at approximately 12:30 a.m. on an area of Smith Lake known as the Sulphur Springs Slough. A true and correct copy of the Boating Accident Investigation Report I prepared in this case is attached to my Affidavit as "Exhibit 1-A."

8. As part of my investigation, I inspected the dock with which the SeaDoo collided and identified the point of impact as being on the south side of the dock between the second and third vertical poles. The point of impact was closer to the third vertical pole. During my inspection, I observed what appeared to be blood and remains of human flesh on the surface of the dock near the area of impact. I also observed a damaged horizontal support beam on the south side of the

Page 2 of 6

Case 21-00046-DSC    Doc 1-3    Filed 11/10/21    Entered 11/10/21 17:23:18    Desc
Exhibit 3 - Affidavit of Trooper John M. Williams    Page 3 of 14

dock between the third and fourth vertical poles. A photograph of the damaged support beam is attached to my Affidavit as "Exhibit 1-B."

9. I inspected the SeaDoo involved in the collision when I arrived on scene and again at the Smith Lake Park boat launch where the SeaDoo was towed. During my inspection, I observed damage to the hull on the starboard (right) side from the bow to the stern. I also observed blood on the SeaDoo that appeared to be consistent with blood from injuries inflicted to one or more of the occupants.

10. In furtherance of my investigation, I met with, interviewed, and obtained statements from multiple witnesses who had knowledge of the accident, the whereabouts of Daniel Snyder and Albina Sharifullina prior to the accident, and the specific location where Mr. Snyder and Ms. Sharifullina were found after the accident occurred. The witnesses with whom I spoke included Jeff Whitlock, Marilyn Whitlock, Hunter Whitlock, Johnny Barnes, Jack Horner, Billy Cosper, John Noble, Jared Johnson, Jonathan Eubanks, Wes Sweatmon, and Donald Taylor.

11. As a law enforcement officer with specialized training and experience in boating accident investigation and reconstruction, it is customary and routine for those in my field to interview witnesses and rely on information provided by witnesses in forming our opinions. In the course of my investigation, I learned that Mr. Snyder was found slumped over a stabilizing cable directly adjacent to the southwest corner of the dock. I also learned that the body of Albina Sharifullina was found floating face down in the water and resting on the stabilizing cable closer to the walkway equalizer. The stabilizing cable was only a short distance away from the damaged support beam depicted in "Exhibit 1-B."

12. Mr. Snyder was being airlifted to Huntsville Hospital for treatment when I arrived at the scene. I attempted to speak with Mr. Snyder after he was discharged from Huntsville

Page 3 of 6

Case 21-00046-DSC   Doc 1-3   Filed 11/10/21   Entered 11/10/21 17:23:18   Desc
Exhibit 3 - Affidavit of Trooper John M. Williams   Page 4 of 14

Hospital. Mr. Snyder invoked his Fifth Amendment privilege and refused to give a statement or answer any questions concerning the collision and how it occurred.

13. On July 8, 2014, I obtained a search warrant from the Circuit Court of Morgan County to photograph Mr. Snyder's injuries. The photographs were taken on July 8, 2014 at the home of Mr. Snyder's parents in Lacey Springs (Morgan County), Alabama by a crime scene photographer employed by the Decatur Police Department. I was present when Mr. Snyder's injuries were photographed. I observed bruising along Mr. Snyder's right hip and extending into his anterior upper right thigh consistent with bruising that would be caused by an impact to the steering mechanism of the SeaDoo. Two redacted photographs of what I observed is attached to my Affidavit as "Exhibit 1-C."

14. Before the photographs were taken, I advised Mr. Snyder of his Miranda rights and Mr. Snyder stated that he understood them. I then asked Mr. Snyder if there was anything he wanted to say about the accident. Mr. Snyder did not respond to my question and remained silent for the duration of the photography session.

15. On July 10, 2014, I obtained a certified copy of Mr. Snyder's medical records from Huntsville Hospital pursuant to an Order entered by the Honorable Gregory A. Nicholas of the Circuit Court of Cullman County. A true, correct, and complete copy of the records produced by Huntsville Hospital are attached to my Affidavit as "Exhibit 1-D." A bates label has been affixed to each page for ease of reference.

16. I have reviewed the autopsy photographs of Ms. Sharifullina taken by the Alabama Department of Forensic Sciences ("ADFS") on July 7, 2014. In reviewing these photographs, I did not observe any injuries, bruising, or markings consistent with striking the steering mechanism of

Page 4 of 6

Case 21-00046-DSC    Doc 1-3    Filed 11/10/21    Entered 11/10/21 17:23:18    Desc
Exhibit 3 - Affidavit of Trooper John M. Williams    Page 5 of 14

the SeaDoo. A redacted photograph of the front of Ms. Sharifullina's body taken by the ADFS is attached to my Affidavit as "Exhibit 1-E."

17. Based on my investigation, I have reached certain conclusions and opinions relative to the subject accident. My opinions are as follows:

(i) Based on the nature and location of Mr. Snyder's injuries, it is my opinion that Mr. Snyder was seated in the front/driver's seat of the SeaDoo at the time of impact.

(ii) Based on my inspection of the dock and my examination of the front impact damage to Mr. Snyder's SeaDoo, it is my opinion that Mr. Snyder made a sudden, evasive left turn immediately before colliding into the dock.

(iii) Based on nature and location of Ms. Sharifullina's injuries, coupled with the absence of any bruises or markings along the abdominal, hip, or upper thigh portion of her body, it is my opinion that Ms. Sharifullina was positioned behind Mr. Snyder in the rear/passenger's seat of the SeaDoo at the time of impact.

(iv) Based on the location where Ms. Sharifullina's body was found, it is my opinion that Ms. Sharifullina was catapulted over the SeaDoo upon impact and into the horizontal support beam depicted in "Exhibit 1-B," causing the support beam to bend in an upward direction.

All of my opinions are based upon my education, training, and experience in marine law enforcement and investigation, and are all within a reasonable degree of probability.

SIGNED this ___1___ day of _November_, 2018.

JOHN M. WILLIAMS

Page 5 of 6

Case 21-00046-DSC    Doc 1-3    Filed 11/10/21    Entered 11/10/21 17:23:18    Desc
Exhibit 3 - Affidavit of Trooper John M. Williams    Page 6 of 14

STATE OF ALABAMA )
)
COUNTY OF JEFFERSON )

The undersigned, a notary public in and for said county and state, hereby certifies that, John M. Williams, whose name is signed to the foregoing affidavit, and who is known to me, acknowledged before me on this day, that being informed of the contents of the above and foregoing affidavit, executed the same voluntarily on the day of the same bears date.

Given under my hand and official seal on this \_\_\_1\_\_\_ day of November 2018.

_Ryan D. Wurm_
Notary Public

My Commission Expires: 8/22/20

Page 6 of 6

Case 21-00046-DSC    Doc 1-3    Filed 11/10/21    Entered 11/10/21 17:23:18    Desc
Exhibit 3 - Affidavit of Trooper John M. Williams    Page 7 of 14


ELECTRONICALLY FILED
11/6/2018 5:46 PM
25-CV-2016-900001.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# Exhibit 1-A

## Department of Conservation & Natural Resources
### Boating Accident Investigation Report

| | | | |
|---|---|---|---|
| State Reportable? Yes | USCG Reportable? Yes | Investigating Officer: | CEO John Williams |
| BOATING STATE CASE No: 20140706AL215-1 / USCG No: AL_34 | | Officer Notified: | 7/6/2014 12:35 AM |
| Date of Accident: 7/6/2014 | Time of Accident: 12:30 AM | Arrived On Scene: | 7/6/2014 1:30 AM |
| Location: Smith Lake | | By Whom: | Cullman County Sheriffs Department |
| County: Cullman | Precise Location: | Sulphur Springs Slough | |
| Nearest City or Town: Crane Hill | | Latitude: 34 deg 6 min 6.000 sec | |
| Agencies Assisting: Cullman County Sheriffs Department and Rescue Sqaud, EMS, Airlift, Crane Hill Fire & Rescue | | Longitude: -87 deg 4 min 56.000 sec | |
| Reviewer: Jonathan W Archer | | Reviewed On: | 7/21/2014 |

| Total Number | Fatalities: 1 | Injuries: 1 | Missing: 0 | Estimated total property damage: $9,500.00 | |
|---|---|---|---|---|---|
| Weather: | Clear | | Visibility: Poor | Time of Day: | Night |
| Water Condition: | Up to 6 in. Waves (CALM) | | | Winds: 0 MPH (None) | |
| Tempatures | Air: 80 deg F | Water: 85 deg F | Water Depth: 22 Feet | | Family Notified? Yes |
| Strong Currents? No | | Hazardous Waters? No | | Congested Waters? No | |

| Accident Summary: | According to witness statements and evidence gathered, Vessel #1 was traveling northbound in Sulpur Springs on Smith Lake with 2 subjects on a PWC. The vessel struck a dock, causing extensive damage to the dock. A witness heard the crash and came to the scene. The witness saw Mr. Daniel Snyder in the water next to the dock with critical injuries. Medical services were dispatched, and Mr. Snyder was air-lifted to Huntsville Hospital for treatment. When investigators and medical personnel arrived, they found a female subject lying facedown and unconscious in the water resting on the dock cable guidewire. Resuscitation attempts were unsuccessful. She was pronounced deceased by the Cullman County Coroner at the scene. The scene was searched by divers to check for a third victim, but none was found. The collision had involved two individuals, a white male identified as Daniel Benjamin Snyder, and a white female identified as Albina Agdasovna Sharifullina. Upon arrival on scene, I ascertained that Daniel Benjamin Snyder had sustained serious injuries and had been air lifted from the scene to Huntsville Hospital for treatment. The female, Albina Sharifullina, was laying on the dock ramp flotation. Paramedics still on scene informed me that she was deceased and based upon their training and experience it was due to the collision. I began an investigation to determine if any other persons were involved in the collision and made a determination that there were not. As part of the investigation, I located a wrecked jet ski watercraft that was tied to the dock located at 1497 County Road 855. I observed the jet ski watercraft on scene and identified holes in the hull and the lanyard for the emergency shut off device still intact and tied to the watercraft. As part of the investigation, I observed the damage to the dock that would be consistent with a collision involving that type of watercraft. Also on the dock, I observed what I believed to be blood and the remains of human flesh. Further in my investigation, information was given to me by multiple witnesses on scene that they saw a male slumped over the stabilizing cable where it was joined to the dock. Also the witnesses informed me they saw the male's head down in the water but his nose and mouth were not submerged and he was still breathing but unresponsive. Upon talking with paramedics on scene, I was informed that the male had head injuries and other bodily injuries consistent with a collision. Further as part of my investigation, I contacted Huntsville Hospital to ascertain the medical condition of what was believed to be life threatening injuries to the male identified as Daniel Benjamin Snyder. Upon being informed he was alive, as part of my investigation involving collisions of this type, I made a request for the medical staff to do a toxicology of his blood. Later on the same date of July 6, 2014, I was informed that Daniel Benjamin Snyder had been released and was at his parents' residence at 84 Blue Sky Drive, Lacey Springs AL. Upon talking with Snyder's father I asked for Snyder to give a statement of what had happened and he decline via is father. Also ask for Snyder to sign documentation declining his statement and he decline. Later on the day of the crash, the Cullman County District Attorney Wilson Blalock was contacted and given the details of the crash. On the next day, a search warrant was prepared and issued for the gathering of evidence including pictures and DNA buccal swab of the mouth of Daniel Benjamin Snyder. Multiple witnesses were interviewed to determine Mr. Snyder's and Miss Sharfullnia's whereabouts and driving history on the day of and night of the crash. On Monday July 21, 2014 all reports and evidence gathered will be submitted to the Cullman County District Attorney's Office. |
|---|---|
| Contributing Factors: | 1 Alcohol Use<br>2 Improper Lookout<br>3 Operator Inattention |

Printed On 7/29/2014      Page 1 of 4

Case 21-00046-DSC   Doc 1-3   Filed 11/10/21   Entered 11/10/21 17:23:18   Desc
Exhibit 3 - Affidavit of Trooper John M. Williams   Page 9 of 14

**Department of Conservation & Natural Resources**
**Boating Accident Investigation Report**

Diagram: (not to scale)



**Vessel No: 1**
- Boat Name:  Rented?
- Manufacturer: SEA DOO  Model Name: Rxt-255  Model Year: 2009  State: AL
- Registration #: AL-6531-FC  Document #: 347658  HIN #: YDV02265A909
- Description:: Sea Doo P.W.C.

Size Estimates  Length: 7 ft.  Depth from Transom to Keel: ft. in.  Beam width: ft,
- Hull Material: Fiberglass  Boat Type: Personal Watercraft (PWC)
- Available Propulsion: Water Jet  Fuel Type: Gasoline
- # Engines: 1  Engine Type:  Manufacturer: Sea Doo  Total Horsepower: 255 hp.
- Serial #(s):

Organizations that have conducted a Vessel Safety Check (VSC) within the past year:  Federal Agency? No
- US Coast Guard Auxiliary? No  VSC Decal? No  State Agency? No
- US Power Squadron? No  VSC Decal? No  Other Agency? No

| PFDs | Required PFDs on Board? Yes | # Life Jackets on Board: 2 | PFDs Accessible? Yes |
|---|---|---|---|
| PFDs Serviceable? Yes | PFDs Used? Yes | # Wearing PFD: 2 | PFDs Type? 3 |
| Fire Extinguishers | Extinguishers on Board? Yes | Type of Fire Extinguishers: | |
| # Fire Extingusihers: 1 | Extinguishers Used? No | # Extinguishers Used: | Amount of Fire Extinguisher Used: |
| Navigation Lights Operational? No | Navigation Lights On? | Cutoff Switch Required? Yes | Cutoff Switch Used? No |

Accident Information  # Persons Aboard: 2  # Persons Towed:

**Accident Events**
1. Collision with Fixed Object (e.g., dock, bridge)
2. Person Ejected from a Vessel (caused by Collision or maneuver)

**Accident Contributing Factors**
1. Alcohol Use
2. Improper Lookout
3. Operator Inattention

Printed On 7/29/2014  Page 2 of 4

## Department of Conservation & Natural Resources
## Boating Accident Investigation Report

**Equipment/Machine Failure(s):**

| Operation at Time of Accident: | | | Activities at Time of Accident: | | |
|---|---|---|---|---|---|
| Cruising | | | Recreational | | |
| Vessel Speed: Over 40 MPH | Operator Used Alcohol? Yes | Arrested For BUI? | BAC Level: | | |
| Damages | Est. Vessel Damage Amount: $8,500.00 | Complete Loss? No | # Other Vessels: | | |

**Vessel Damage Description:** Damage to under side of hull from bow to stern on starboard side.

**Est. Other Property Damage Amount:**

**Other Damage Description:**

Damage Location diagram: Port / Starboard

| | | | |
|---|---|---|---|
| 1 | Yes | 5 | No |
| 2 | Yes | 6 | No |
| 3 | Yes | 7 | No |
| 4 | Yes | 8 | No |

| Name: | Daniel Benjamin Snyder | | Gender: M |
|---|---|---|---|
| Address: | 84 Blue Sky Dr. | City: Lacey Springs | |
| | | State: AL | ZIP: 35754 |
| Age: | DOB: | | Home Phone: |
| Expect Statement? No | Used Alcohol? Yes | | BAC Level: 0.152 |
| PFD Worn? Yes | Used Drugs? No | Type Drugs: | |
| Person Role(s): | Owner  Injured | | |

Person was Injured On or Struck by this Vessel.
Injury Caused When Person Struck the: Dock

| PFD | Type Worn: III | PFD Worn was Inherently Buoyant | Injury Type | Area Injured |
|---|---|---|---|---|
| | | Worn Prior to Accident? Yes | Scrape/Brusie (Primary) | Trunk |
| | | Worn as a Result of Accident? No | Concussion/Brain Injury | Head |
| | | | Cut | Trunk |

| Name: | Albina Agdasovna Sharifullina | | Gender: F |
|---|---|---|---|
| Address: | 4104 Melanie Dr. | City: Moody | |
| | | State: AL | ZIP: 35004 |
| Age: 24 | DOB: 11/15/1989 | | Home Phone: 2055400935 |
| Expect Statement? No | Used Alcohol? | | BAC Level: |
| PFD Worn? Yes | Used Drugs? | Type Drugs: | |
| Person Role(s): | Deceased or Missing | | |

### Property Owners

| Name: | John F. Noble | | Gender: M |
|---|---|---|---|
| Address: | 1497 County Road 855 | City: Crane Hill | |
| | P.O. Box 514 Ponte Vedra Beach FL 32004 | State: AL | ZIP: 35053 |
| Age: | DOB: | | Home Phone: |
| Expect Statement? No | Used Alcohol? | | BAC Level: |
| PFD Worn? | Used Drugs? No | Type Drugs: | |
| Damage Amount: $1,000.00 | | | |
| Description: Dock Damage to decking, floation, and support beams. | | | |

Printed On 7/29/2014 — Page 3 of 4

Case 21-00046-DSC    Doc 1-3    Filed 11/10/21    Entered 11/10/21 17:23:18    Desc
Exhibit 3 - Affidavit of Trooper John M. Williams    Page 11 of 14

**Department of Conservation & Natural Resources**
**Boating Accident Investigation Report**

### Witness(es)

| | | |
|---|---|---|
| Name: Johnny Barnes | | Gender: M |
| Address: 2311 Greenwood Dr. | City: Decatur | |
| | State: AL | ZIP: 35601 |
| Age: | DOB: | Home Phone: ▓ |
| Expect Statement? Yes | Used Alcohol? | BAC Level: |
| PFD Worn? | Used Drugs? | Type Drugs: |
| Name: Jeffery Hunter Whitlock | | Gender: M |
| Address: 4113 Cloverleaf Dr | City: Birmingham | |
| | State: AL | ZIP: 35243 |
| Age: ▓ | DOB: ▓ | Home Phone: ▓ |
| Expect Statement? Yes | Used Alcohol? | BAC Level: |
| PFD Worn? | Used Drugs? | Type Drugs: |
| Name: Jeffery Howard Whitlock | | Gender: M |
| Address: 2250 Beaver Creek Rd | City: Columbiana | |
| | State: AL | ZIP: 35051 |
| Age: ▓ | DOB: ▓ | Home Phone: ▓ |
| Expect Statement? Yes | Used Alcohol? | BAC Level: |
| PFD Worn? | Used Drugs? | Type Drugs: |
| Name: Billy M Cosper III | | Gender: M |
| Address: 21680 County Road 222 | City: Crane Hill | |
| | State: AL | ZIP: 35053 |
| Age: ▓ | DOB: ▓ | Home Phone: ▓ |
| Expect Statement? Yes | Used Alcohol? | BAC Level: |
| PFD Worn? | Used Drugs? | Type Drugs: |

Printed On 7/29/2014                                                                                    Page 4 of 4

Case 21-00046-DSC    Doc 1-3    Filed 11/10/21    Entered 11/10/21 17:23:18    Desc
Exhibit 3 - Affidavit of Trooper John M. Williams    Page 12 of 14


ELECTRONICALLY FILED
11/6/2018 5:46 PM
25-CV-2016-900001.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# Exhibit 1-B

