# Exhibit 2

# IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA

MARINA STEWART-MAGEE,  )
as Administrator and Personal  )
Representative of the ESTATE  )
OF ALBINA AGDASOVNA  )
SHARIFULLINA, deceased,  )
                       )       **CIVIL ACTION NO.**
     **Plaintiff,**        )       **CV-2016-900001**
                       )
**v.**                     )
                       )
**DANIEL B. SNYDER, et al.,**   )
                       )
     **Defendants.**      )

## AFFIDAVIT OF CARISSA BROCK, R.N.

STATE OF ALABAMA       )
                        )
COUNTY OF MADISON   )

     Before me, the undersigned notary public in and for said county and state, personally appeared Carissa Brock, R.N., and after first being duly sworn, testified as follows:

     1.     My name is Carissa Brock. I am over the age of nineteen (19) years, I have personal knowledge of the facts contained in this affidavit, and I am competent to testify to the matters contained herein.

     2.     I am a registered nurse licensed to practice nursing in the State of Alabama. I am employed by Huntsville Hospital as a registered nurse, and I was employed in this capacity in July of 2014.

     3.     On Sunday, July 6, 2014, I was on duty in the emergency room (ER) at Huntsville Hospital. My shift started at 7:00 p.m. on July 5, 2014 and ended at 7:00 a.m. on July 6, 2014.

     4.     At approximately 2:18 a.m. on July 6, 2014, Daniel B. Snyder was admitted to the ER at Huntsville Hospital as a level II trauma patient. I was on duty at the time of Mr. Snyder's

admission and it was my responsibility to record all pertinent events related to Mr. Snyder's treatment on a Trauma Flow Sheet, a true and correct copy of which is attached to my Affidavit as "Exhibit A." Most of the handwritten entries appearing on "Exhibit A" were made by me.

5.      It is standard protocol at Huntsville Hospital for blood to be drawn from a trauma patient and immediately transferred to the laboratory at Huntsville Hospital for testing. Typically, a nurse will draw blood from the patient into a self-sealing test tube. Another staff member will then place a label on the sealed tube which includes the patient's name, identification number, age, gender, date of birth, and the date and time the blood was drawn, and a second staff member will verify the label at the patient's bedside. After the tube of blood is properly labeled a staff member will deliver the tube to the laboratory for testing. The tube remains sealed the entire time until it is tested in the lab, and the test results are then recorded into the patient's medical chart.

6.      In Mr. Snyder's case, the standard protocol for obtaining blood from a trauma patient was followed and recorded by me on page four of the attached Trauma Flow Sheet.  At approximately 2:26 a.m. on July 6, 2014, Nurse Crystal Lechman (identified as "CL" on the Trauma Flow Sheet) drew blood from Mr. Snyder's left antecubital (AC) vein into a self-sealing test tube. The blood sample was not tampered with or altered in any way. To ensure the integrity of the sample, Nurse Lechman did not use alcohol to prep the area from which the blood was drawn, but instead used a sterile antiseptic solution known as ChloraPrep.

7.      As I recorded on page four of the Trauma Flow Sheet, the sealed tube was then labeled by Nurse Kristen Marquardt ("KM") and Rachel Rosler, patient care tech ("RR"). The label included Mr. Snyder's name, patient identification number, age, gender, date of birth, and

Case 21-00046-DSC    Doc 1-4    Filed 11/10/21    Entered 11/10/21 17:23:18    Desc
Redacted Exhibit 2-Affidavit of Carissa Brock    RN    Page 3 of 5

the date and time the blood was drawn. The blood sample was not tampered with or altered in any way during the labeling process, and the tube remained sealed at all times.

8.    Ms. Rosler then immediately transferred the sealed tube to the lab, as reflected on the Trauma Flow Sheet. Pursuant to orders from Dr. Nicholas Kimpel, an ethyl alcohol test was performed by the lab. The results of the test revealed a blood alcohol content of 152 mg/dl.

9.    At approximately 3:31 a.m. on July 6, 2014, another sample of blood was drawn from Mr. Snyder for additional testing, as documented on page four of the Trauma Flow Sheet. The blood sample taken at 3:31 a.m. was not tested for ethyl alcohol, and was used for arterial blood gas testing only.

SIGNED this ___*5th*___ day of ___*Nov*___, 2018.

*Carissa Brock RN*
Carissa Brock, R.N.

STATE OF ALABAMA    )
                     )
COUNTY OF MADISON    )

The undersigned, a notary public in and for said county and state, hereby certifies that, Carissa Brock, R.N., whose name is signed to the foregoing affidavit, and who is known to me, acknowledged before me on this day, that being informed of the contents of the above and foregoing affidavit, executed the same voluntarily on the day of the same bears date.

Given under my hand and official seal on this ___*5th*___ day of ___*November*___, 2018.

*Harriette U. Bailey*
Notary Public

My Commission Expires: *11-20-18*

Case 21-00046-DSC    Doc 1-4    Filed 11/10/21    Entered 11/10/21 17:23:18    Desc
Redacted Exhibit 2-Affidavit of Carissa Brock    RN    Page 4 of 5

# Exhibit A

# **Redacted per Court Order Dated 2/3/2022 Doc. #13**