UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 21-01942-DSC |
| Daniel Benjamin Snyder, | ) | |
| | ) | Chapter 7 |
| DEBTOR. | ) | |
| ------------------------------- | | |
| | ) | |
| Marina Stewart-Magee, | ) | ADVERSARY PROCEEDING |
| | ) | |
| PLAINTIFF, | ) | CASE No. 21-00046-DSC |
| | ) | |
| V. | ) | |
| | ) | |
| Daniel Benjamin Snyder, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## JOINT MOTION TO DISMISS ADVERSARY PROCEEDING

The Plaintiff and Defendant, by and through their respective attorneys of record, hereby move this Court to dismiss this Adversary Proceeding with prejudice and in support thereof states as follows:

1. The U.S. District Court proceedings, Case Number 22-CV-00010-MHH, was dismissed by joint stipulation of the parties on September 25, 2023.

2. Based on the dismissal of the U.S. District Court proceedings, the parties hereby jointly move this Court to dismiss this Adversary Proceeding with prejudice.

WHEREFORE, the Plaintiff and Defendant jointly move this Court to dismiss this Adversary Proceeding with prejudice.

*/s/ Daniel S. Wolter*
Daniel S. Wolter
Attorney for Defendant

OF COUNSEL:
Daniel Wolter Law Firm, Inc.
402 Office Park Drive, Suite 100
Birmingham, Alabama 35223
Telephone: (205) 983-6440

*/s/ Mark W. Lee*  
Mark W. Lee  
Attorney for Plaintiff

OF COUNSEL:  
Parsons, Lee & Juliano, P.C.  
600 Vestavia Pkwy, Suite 300  
Birmingham, AL 35216  
Telephone: (205) 326-6600

*/s/ C. Taylor Crockett*  
C. Taylor Crockett  
Attorney for Debtor

OF COUNSEL:  
C. Taylor Crockett, P.C.  
2067 Columbiana Road  
Birmingham, AL 35216  
Telephone: (205) 978-3550

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon the parties listed below by electronic filing this the 4th day of October, 2023.

Jon Dudeck  
Bankruptcy Administrator  
VIA Electronic Filing: Jon_Dudeck@ALNBA.uscourts.gov

James G Henderson  
Chapter 7 Trustee  
VIA Electronic Filing: jhendersontrustee@outlook.com

*/s/ C. Taylor Crockett*  
C. Taylor Crockett  
Attorney for Debtor